444 F.2d 254
 77 L.R.R.M. (BNA) 2896, 65 Lab.Cas. P 11,852
 NATIONAL LABOR RELATIONS BOARD, Petitioner,
v.
The CARPENTERS DISTRICT COUNCIL OF NEW ORLEANS & VICINITY
and Carpenters Local Union No. 1846, Respondents.
No. 30824 Summary Calendar.*
*Rule 18, 5th Cir.; see Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431
F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 July 1, 1971.
 
 Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., Washington, D.C., Charles M. Paschal, Jr., Director, Region 15, N.L.R.B., New Orleans, La., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Abigail Cooley Baskir, Stephen H. Naiman, Attys., N.L.R.B., Washington, D.C., for petitioner.
 Victor H. Hess, Jr., Jackson & Hess, New Orleans, La., for respondents.
 Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit judges.
 PER CURIAM:
 
 Enforced. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966